**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01417-CV

### COLLIN CENTRAL APPRAISAL DISTRICT, Appellant

### V.

### GARLAND HOUSING FINANCE CORPORATION AND TX COLLIN APARTMENTS, L.P., Appellees

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03704-2019**

## ORDER

By letters filed January 23, 2020, appellant and court reporter Denise Carrillo have informed the Court no reporter's record exists. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file its brief no later than February 24, 2020.

/s/  KEN MOLBERG
    JUSTICE